UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STRINGER, | 1:08-cv-01530 AWI GSA (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| NEIL ADLER, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **December 1, 2008**            /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE