UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. STRINGER, | 1:08-cv-01530-GSA  (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR TEN-DAY EXTENSION OF TIME TO FILE RESPONSE TO PETITION |
| v. | |
| NEIL ADLER, Warden, | (DOCUMENT #12) |
| Respondent. | DEADLINE: FEBRUARY 16, 2009 |

On February 5, 2009, Respondent filed a motion to extend time to file a response to the Petition for Writ of Habeas Corpus.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted up to and including February 16, 2009, in which to file a response to the petition.

IT IS SO ORDERED.

Dated:   **February 13, 2009**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE