IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. STRINGER,<br><br>　　　　　Petitioner,<br><br>v.<br><br>NEIL ADLER, et al.,<br><br>　　　　　Respondents. | CASE NO. 1:08-cv-01530-GSA (HC)<br><br>ORDER GRANTING RESPONDENTS'<br>SECOND MOTION FOR EXTENSION OF<br>TIME TO RESPOND TO PETITION<br><br>DOCUMENT #14<br><br>DEADLINE: MARCH 24, 2009 |

On February 17, 2009, respondent requested a 35-day extension of time to file his response to Stringer's petition under 28 U.S.C. § 2241. IT IS HEREBY ORDERED, that respondent's request for a 35-day extension is granted. The response is now due March 24, 2009.

　　　　IT IS SO ORDERED.

**Dated:　February 19, 2009**　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1